UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BROADCAST MUSIC, INC.; SEASONS FOUR MUSIC; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; HOUSE OF FUN MUSIC, INC; SPIRIT ONE MUSIC, A DIVISION OF SPIRIT MUSIC GROUP, INC.; STONE DIAMOND MUSIC CORP.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; R-KEY DARKUS PUBLISHING; ORBI-LEE PUBLISHING; BARBARA ORBISON MUSIC COMPANY; BMG PLATINUM SONGS (US); COREY FOWLER; CAHRON CHILDS; CHANTI GLEE; RUNWAY STAR MUSIC PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; SONY/ATV SONGS LLC; HOUSE OF GAGA PUBLISHING INC.; REDONE PRODUCTION LLC d/b/a SONGS OF REDONE,

　　　　　　　　　　Plaintiffs,

v.

TIM TRIER, INC. d/b/a CLINTON'S DITCH; and
TIMOTHY J. TRIER, individually,

　　　　　　　　　　Defendants.
-------------------------------------------------------------------X

Civil Action No.
1:12-CV-1095 (FJS/TWD)

## STIPULATION OF DISMISSAL

　　　IT IS HEREBY CONSENTED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement Agreement between Plaintiffs and Defendants, by the parties, through their respective counsel, that all claims, defenses, and counterclaims asserted in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 10, 2013

　　　　　　　　　　　　　　　　　　　　By: *s/Neal L. Slifkin*
　　　　　　　　　　　　　　　　　　　　　　Neal L. Slifkin
　　　　　　　　　　　　　　　　　　　　　　Bar Roll No. 507799
　　　　　　　　　　　　　　　　　　　　HARRIS BEACH PLLC
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　99 Garnsey Road
　　　　　　　　　　　　　　　　　　　　Pittsford, New York 14534
　　　　　　　　　　　　　　　　　　　　Telephone: 585-419-8800
　　　　　　　　　　　　　　　　　　　　Facsimile: 585-419-8813
　　　　　　　　　　　　　　　　　　　　*nslifkin@harrisbeach.com*

By: *s/Brian S. Kremer*
    Brian S. Kremer, Esq.
Goldberger and Kremer
*Attorneys for Defendants*
39 North Pearl Street, Suite 201
Albany, New York  12207
Telephone: 518-436-8313
*brian.kremer@verizon.net*

261854 1952127v1

SO ORDERED

*[signature]*

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

1/11/2013