UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BROADCAST MUSIC, INC.; SEASONS FOUR MUSIC;
EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE
MUSIC; HOUSE OF FUN MUSIC, INC; SPIRIT ONE
MUSIC, A DIVISION OF SPIRIT MUSIC GROUP,
INC.; STONE DIAMOND MUSIC CORP.; SONY/ATV
SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC;
R-KEY DARKUS PUBLISHING; ORBI-LEE
PUBLISHING; BARBARA ORBISON MUSIC
COMPANY; BMG PLATINUM SONGS (US); COREY
FOWLER; CAHRON CHILDS; CHANTI GLEE;
RUNWAY STAR MUSIC PUBLISHING; WARNER-
TAMERLANE PUBLISHING CORP.; SONY/ATV
SONGS LLC; HOUSE OF GAGA PUBLISHING INC.;
REDONE PRODUCTION LLC d/b/a SONGS OF
REDONE,

                    Plaintiffs,

v.

TIM TRIER, INC. d/b/a CLINTON'S DITCH; and
TIMOTHY J. TRIER, individually,

                    Defendants.
------------------------------------------------------------------X

Civil Action No.
1:12-CV-1095 (FJS/TWD)

## STIPULATION OF DISMISSAL

IT IS HEREBY CONSENTED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement Agreement between Plaintiffs and Defendants, by the parties, through their respective counsel, that all claims, defenses, and counterclaims asserted in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 10, 2013

                                                    By: *s/Neal L. Slifkin*
                                                         Neal L. Slifkin
                                                         Bar Roll No. 507799
                                           HARRIS BEACH PLLC
                                           *Attorneys for Plaintiffs*
                                           99 Garnsey Road
                                           Pittsford, New York 14534
                                           Telephone: 585-419-8800
                                           Facsimile: 585-419-8813
                                           *nslifkin@harrisbeach.com*

By: *s/Brian S. Kremer*
    Brian S. Kremer, Esq.
Goldberger and Kremer
*Attorneys for Defendants*
39 North Pearl Street, Suite 201
Albany, New York 12207
Telephone: 518-436-8313
*brian.kremer@verizon.net*

261854 1952127v1

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

1/11/2013

2